**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd. Ste 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
MATTHEW GUARNIERI,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GUARNIERI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BE MONEY INC. dba DAYLIGHT,<br><br>　　　　Defendant(s), | Case No.: 2:22-cv-01824-FWS-KS<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, MATTHEW GUARNIERI, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement in principle to settle the instant matter. The parties, through counsel, are working cooperatively to consummate a long-form settlement

- 1 -

NOTICE OF SETTLEMENT

agreement as expeditiously as possible and Plaintiff anticipates filing a Fed. R. Civ. P. 41 stipulation to dismiss Plaintiff's Individual claims with prejudice and the putative class claims without prejudice, within sixty (60) days.

Dated: January 3, 2023

RESPECTFULLY SUBMITTED,

**MARTIN & BONTRAGER, APC**

By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January 2023, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.